# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DB ENTERPRISES DEVELOPERS-BUILDERS, INC., | : |
| *Plaintiff*, | : CIVIL ACTION |
| v. | : |
| BOROUGH OF NORWOOD, | : NO. 21-2242 |
| *Defendant*. | : |

**ORDER**

**AND NOW**, this 31st day of May, 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 15), Plaintiff's Response (Doc. No. 21), and Defendant's Reply (Doc. No. 22), it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on the entire Complaint. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**